■ VERONICA T. HYLAND et al., as Administrators C. T. A. of JAMES W. GERARD, Deceased, et al., Appellants, v. RICHARD G. AUSPITZER et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Botein, Rabin, Frank and Valente, JJ. [See ante, p. 742.]

■ CLIFFORD PASCOE et al., Doing Business as ARTEK-PASCOE, v. ELECTRO-MATIC MANUFACTURING CORP.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Botein, Rabin, Valente and McNally, JJ. [See ante, p. 818.]

■ In the Matter of ALBERT E. TUMBRIDGE, Respondent. CAROL TUM-BRIDGE, Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Rabin, Frank, McNally and Bergan, JJ. [See ante, p. 735.]

■ In the Matter of HERMAN KAPLAN et al., Appellants, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Frank and Bergan, JJ. [See ante, p. 824.]

■ JOHN R. BROWN v. MARY KAHANICK et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ. [See ante, p. 825.]

■ GERTRUDE FRIEDMAN v. PARA COFFEE SHOP, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs, and stay vacated. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ. [See ante, p. 742.]

■ ABE WEISTROP, Individually and as a Stockholder of Necchi Sewing Machine Sales Corp., Suing in Behalf of Himself and All Other Stockholders of Said Corporation, and for the Benefit of Said Corporation, Appellant, v. NECCHI SEWING MACHINE SALES CORP. et al., Respondents, et al., Defendants. ABE WEISTROP, Appellant, v. NECCHI SEWING MACHINE SALES CORP. et al., Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ. [See 1 A D 2d 822.]

■ GENERAL ELECTRIC COMPANY v. GOLDEN RULE APPLIANCE CO., INC., et al.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs, and the stay vacated. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ. [See ante, p. 436.]